# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 29, 2024
Lyle W. Cayce
Clerk

————————

No. 24-10248

————————

CHAMBER OF COMMERCE FOR THE UNITED STATES OF
AMERICA, FORT WORTH CHAMBER OF COMMERCE; LONGVIEW
CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION;
CONSUMER BANKERS ASSOCIATION; TEXAS ASSOCIATION OF
BUSINESS,

*Plaintiffs—Appellants*,

*versus*

CONSUMER FINANCIAL PROTECTION BUREAU; ROHIT CHOPRA,
*in his official capacity as Director of the Consumer Financial Protection Bureau*,

*Defendants—Appellees*.

————————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

————————————————————————

## UNPUBLISHED ORDER

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that appellants' motion for stay of the District Court's transfer order pending appeal is administratively stayed until 10:00 a.m. on March 30, 2024.